**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01021-CV

**TIC N. CENTRAL, DALLAS 3, LLC ET AL, Appellants**

**V.**

**ENVIROBUSINESS, INC ET AL, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02857-E**

## ORDER

The Court **GRANTS** Perkins & Will, Inc., Tom Reisenbichler, and David Collins's

December 9, 2013 agreed motion for extension of time to file reply brief and **ORDER** their brief

be filed no later than December 13, 2013.


/s/      ELIZABETH LANG-MIERS
         JUSTICE